UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

In re
Stephanie June Scheidle,            )      Chapter 7
Aka: Stephanie Stires,              )
Aka: Stephanie Laposky,             )      Case No. 17-41074-705
        Debtor                      )

**Notice of Corrected or Undeliverable Address**

Pursuant to L.R. 9060 D., the undersigned has attempted to make service on the following entity and after reasonable efforts to identify a corrected address reports:

__X__ The address below is undeliverable:
  Name:       Patrick Queenan
  Address:    556 Beuford Drive
  City/State: Saint Louis MO
  Zip:        63022

__X__ The corrected address for the entity identified above is:
  Name:       Patrick Queenan
  Address:    556 Beuford Drive
  City/State: St. Louis, MO
  Zip:        63122

_____ Despite a reasonable effort in accordance with L.R. 9060 D., the undersigned has not been able to locate a correct address for the entity identified above.

The undersigned hereby certifies that this form is not being submitted for the purpose of updating an address that was accurate at the time the petition was filed in this case or that has previously been updated in this case.

Dated: 6/3/2017

/s/ Marie Guerrier Allen
Marie Guerrier Allen, #42990
Attorney for Debtor
P. O. Box 411281
St. Louis, MO  63141
(314) 872-1900; Fax: 314-872-1905
Email:allenmarie@sbcglobal.net

(L.F. 25 Rev. 06/08)